UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jeffrey M. Gray

v.

Case No. 15-cv-508-LM

Michael A. Zenk, Warden,
New Hampshire State Prison

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 1, 2017, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Petitioner's motions for preliminary and permanent injunctive relief are hereby denied (document nos. 17, 18, 23, 34), and those claims are dismissed from this case. This dismissal is without prejudice to petitioner's ability to assert those claims in a civil rights action brought pursuant to 42 U.S.C. Section 1983.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: August 18, 2017

cc:  Jeffrey M. Gray, pro se
     Elizabeth C. Woodcock, Esq.