UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jeffrey M. Gray

    v.                                          Case No. 15-cv-508-LM-AJ

NH Department of Corrections, et al.


ORDER

I herewith approve the Report and Recommendation (R&R) of Magistrate Judge Andrea K. Johnstone dated March 2, 2026. For the reasons explained therein, Petitioner's motion (doc. nos. 247, 249) seeking to withdraw certain documents he filed in this case is DENIED in part and granted in part. It is denied as MOOT, IN PART, to the extent it seeks to withdraw Document Numbers 194, 204, 220, and 245, as the court, in adopting the R&R, has denied those motions without prejudice to Mr. Gray's ability to seek the relief sought therein in an appropriate court. It is GRANTED, IN PART, as to document number 243, which is a notice to the court of Mr. Gray's filing a 28 U.S.C. § 2241 petition in the District of Maine.

Mr. Gray also filed a motion (doc. no. 251) seeking an extension of the objection deadline in this case pending a ruling on his pending motions to withdraw. That motion is largely moot because of the court's denial herein of the motions to withdraw.  Although the court approves the R&R at this time, if Mr. Gray seeks to object to the parts of the R&R which are not related to the documents and claims he

sought to withdraw, he may file a late objection on any such issue on or before April 17, 2026.  The court will consider any such objection as though timely-filed, and revisit its approval of the R&R as appropriate.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: March 31, 2026

cc:    Jeffrey M. Gray, pro se
       Counsel of Record